**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **ENVIRO TECH CHEMICAL SERVICES, INC.,**<br><br>Plaintiff<br><br>v.<br><br>**CLEAN CHEMISTRY, INC.,**<br><br>Defendant | CASE NO. 1:24-CV-01313-ADA<br>**JURY TRIAL DEMANDED** |

**ORDER STAYING CASE DEADLINES**

Upon consideration of the Parties' Agreed Motion to Stay, and for good cause shown, it is hereby ORDERED as follows:

1. Stay of Deadlines. All deadlines and proceedings in this case are STAYED through September 14, 2026 for the parties to finalize settlement documents.

2. Joint Status Report. No later than September 16, 2026, the Parties shall file a joint status report advising the Court of the progress of settlement documentation, including whether the settlement has been finalized or whether additional time or further Court action is needed.

IT IS SO ORDERED.

SIGNED 08/17/2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE